

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was originally due on November 8, 2013. Neither the brief nor a motion for extension of time was filed. Therefore, on December 12, 2013, we abated the appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute the appeal, whether appellant was indigent, and whether counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). On February 24, 2014, a supplemental clerk's record containing the trial court's findings of facts and conclusions of law was filed.  On March 5, 2013, a supplemental reporter's record was filed.  In its findings of fact and conclusions of law, the trial court found that appellant desired to pursue the appeal, appellant was still indigent, and appellant's counsel had not abandoned the appeal.  Thereafter, on March 12, 2014, we reinstated the appeal on the court's docket and ordered counsel Fausto Sosa to file the appellant's brief by April 11, 2014. Counsel failed to file either the brief or a motion for extension of time, and also ignored repeated phone calls from this court inquiring as to the status of the brief.  Accordingly, by order dated April 29, 2014, Mr. Sosa was ordered to file the appellant's brief by May 19, 2014.  The order directed the clerk to serve a copy of the order on Mr. Sosa by certified mail, return receipt requested, and the court has received proof of delivery.  The order stated that if Mr. Sosa failed to file the brief by the stated deadline, an order could be issued directing him to appear and show cause why he should not be held in contempt for failing to file the appellant's brief.  Despite these warnings, Mr. Sosa has not filed the appellant's brief.

**WE, THEREFORE, ORDER FAUSTO SOSA TO ELECTRONICALLY FILE THE APPELLANT'S BRIEF IN APPEAL NO. 04-13-00238-CR WITHIN 72 HOURS OF BEING SERVED WITH A COPY OF THIS ORDER. IF MR. SOSA FAILS TO ELECTRONICALLY FILE THE BRIEF IN THE ABOVE APPEAL AS ORDERED, CONTEMPT PROCEEDINGS SHALL BE COMMENCED AGAINST HIM. WE ORDER THE CLERK OF THIS COURT TO HAVE MR. SOSA PERSONALLY SERVED WITH A COPY OF THIS ORDER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY. WE ALSO ORDER THE PERSON WHO PERSONALLY SERVES MR. SOSA TO FILE WITH THIS COURT WRITTEN PROOF OF THE DATE AND TIME THAT MR. SOSA WAS SERVED WITH A COPY OF THIS ORDER.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court